**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**MONTE JAE DENNE,**

     **Petitioner,**

**v.**                        **CASE NO.  5:17cv124-MCR-CJK**

**JULIE JONES,**

     **Respondent.**

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 17, 2018.  ECF No. 26.  The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1.   The Magistrate Judge's Report and Recommendation, ECF No. 26, is adopted and incorporated by reference in this Order.

2.   The petition for writ of habeas corpus, ECF No. 1, challenging the Santa Rosa County Circuit Court's judgment in *State of Florida v. Monte Jae Denne*, Case No. 2011-CF-522, is DENIED.

3.   The clerk shall close the file.

4.   A certificate of appealability is DENIED.

**DONE AND ORDERED** this 17th day of January 2019.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**